

**SULLIVAN | BRILL**
ATTORNEYS AT LAW

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

March 11, 2020

**Via ECF**
Honorable Sidney H. Stein
United States District Court
Southern District of New York
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2020
```

Re: <u>United States v. Kerry Gordon</u>
Ind. # 18 Cr. 289 (SHS)

MEMO ENDORSED

Dear Judge Stein:

Mr. Gordon is presently out on bail and restricted to remain in the SDNY and EDNY. He respectfully requests permission to travel to Greensboro, North Carolina on June 12-14 for a wedding. The government has no objection. His pretrial services officer also has no objection as long as he provides a detailed itinerary with supporting documentation, which ~~I have advised~~ Mr. Gordon to do.

*Is directed*

Thank you for your consideration.

Very Truly Yours,

SULLIVAN & BRILL, LLP

By: Steven Brill

SO ORDERED 3/10/2020

SIDNEY H. STEIN
U.S.D.J.