

July 30, 2020

MEMO ENDORSED

<u>Via ECF</u>
Honorable Sidney H. Stein
United States District Court
Southern District of New York
New York, New York 10007

                Re: United States v. Kerry Gordon
                **Ind. # 18 Cr. 289 (SHS)**

Dear Judge Stein:

    Mr. Gordon is presently out on bail and restricted to remain in the SDNY and EDNY. He respectfully requests permission to travel tomorrow (Friday) through Saturday to Horseheads, New York, which is in the Northern District. He is requesting to make this trip to assist a friend who is moving.

    I have reached out to the government and PTS, but have not yet heard back. If permitted, I will advise Mr. Gordon to provide a detailed itinerary with supporting documentation to PTS.

    Thank you for your consideration.

Very Truly Yours,

Denied as moot.

SULLIVAN|BRILL, LLP

Dated: New York, New York
        August 4, 2020

SO ORDERED
/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

By: Steven Brill