

December 1, 2020

<u>Via ECF</u>
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. Kerry Gordon</u>
    Ind. # 18 Cr. 289 (SHS)

Dear Judge Stein:

    Mr. Gordon is presently out on bail and restricted to remain in the SDNY and EDNY.  He has previously pled guilty and is awaiting sentencing.  He respectfully requests permission to travel to Miami to visit with his aunt and cousin from December 13-15.

    I have reached out to the government and PTS.  PTS has no objection.  The government defers to PTS. If permitted, I will advise Mr. Gordon to provide a detailed itinerary with supporting documentation to PTS.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN | BRILL, LLP

_____
By: Steven Brill

**Request to travel granted.**

Dated:  New York, New York
         December 1, 2020

SO ORDERED

Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.