

September 13, 2022

VIA ECF
Honorable Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 10007-1312

Re: *United States v. Kerry Gordon*
Ind. # 18 Cr. 289 (SHS)

Dear Judge Stein:

Mr. Gordon is scheduled for a status conference on February 14, 2023. Presently he is out of custody, with one of the bail conditions being that he surrenders his passport which he has done when he was arrested in 2018. Presently, he is applying for employment that requires his passport as a form of ID – a photocopy, however, will suffice. I am therefore respectfully requesting Court permits Pre Trial-Services (Officer Jessica Killian) to photocopy Mr. Gordon's passport and provide the photocopy to him.

The government has no objection to this request.

Thank you for your attention and consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Gordon

By: Steven Brill