

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

April 12, 2023

<u>VIA ECF</u>
Honorable Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *United States v. Kerry Gordon*
Ind. # 18 Cr. 289 (SHS)

Dear Judge Stein:

    Mr. Gordon is scheduled for sentencing on May 2, 2023. I am still awaiting certain documents necessary for our sentencing submission. With the government's consent, I am respectfully requesting that Mr. Gordon's sentencing date be rescheduled for June 6.

    Thank you for your attention and consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Gordon

By: Steven Brill

The sentencing is adjourned to June 6 at 2:30 p.m. The defense submission is due by May 9, the government submission is due by May 16.

Dated: New York, New York
      April 13, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.